UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-40821-WSD
Deborah D. Starr  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO.DETROIT

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DEBORAH D. STARR<br>357 ARDEN PARK BLVD.<br>DETROIT, MI 48202-0000<br>SSN: XXX-XX-3726 | N/A | N/A | DEBTOR REFUND | 1302522 | 9/30/10 | $ 1.04 |

DATED: October 07, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    2252031
DETROIT, MICHIGAN 48231-1930

0740821 00000 017414 1302522
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 09/30/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1302522

| | | | | | | |
|---|---|---|---|---|---|---|
| 0740821 | Deborah D. Starr | | | | 1.04 | 0.00 | 1.04 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79 / 611

CHECK NO. 1302522  
SunTrust Bank

FOR Deborah D. Starr  
BK:0740821 ACCT:  
PRIN:   1.04   INT:   0.00

DATE Sep 30, 2010

AMOUNT  
**********1.04

PAY  **1.04**  
ONE PERCC ZERO FOUR  
One And 04 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $1.04  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-40821-WSD
Deborah D. Starr  CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

_____
Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**STEPHEN A THOMAS PLC**
**220 BAGLEY ST #920**
**DETROIT, MI 48226-1417**

**Last Known Address for Debtor:**

**DEBORAH D. STARR**
**357 ARDEN PARK BLVD.**
**DETROIT, MI 48202**

DATED: October 07, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

07-40821-wsd    Doc 81    Filed 10/08/10    Entered 10/08/10 11:58:52    Page 3 of 3